# Exhibit 2

State *of* California Department *of* Justice



# XAVIER BECERRA
*Attorney General*

# Search Data Security Breaches

Home  /  Privacy  /  Search Data Security Breaches

California law requires a business or state agency to notify any California resident whose unencrypted personal information, as defined, was acquired, or reasonably believed to have been acquired, by an unauthorized person. (You can read the law here: California Civil Code s. 1798.29(a) for state agencies and California Civ. Code s. 1798.82(a) for businesses).

The law also requires that a sample copy of a breach notice sent to more than 500 California residents must be provided to the California Attorney General. Below is a list of those sample breach notices. (Note that in some cases the organization that sent the notice is not the one that experienced the breach. For example, a bank may notify of a credit card number breach that occurred not at the bank, but at a merchant.)

You can search by the name of the organization that sent the notice, or simply scroll through the list. To read a notice, click on the name of the organization in the list. Then click on the link titled "Sample Notification."

**Organization Name:**                              **Date of Breach Range:**

1/26/2021 Search - Data Security Breaches | State of California - Department of Justice - Office of the Attorney General

Case 3:21-cv-00641-JCS Document 1-2 Filed 01/27/21 Page 3 of 3

paysafe

Search     Clear

| Organization Name | Date(s) of Breach | Reported Date ⌄ |
|---|---|---|
| Paysafe Group Holdings Limited | 05/13/2018, 11/24/2020 | 12/16/2020 |

Office of the Attorney General     Accessibility     Privacy Policy     Conditions of Use     Disclaimer     © 2021 DOJ