UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAMAL BITMOUNI,<br><br>    Plaintiff,<br><br>v.<br><br>PAYSAFE LIMITED,<br><br>    Defendant. | Case No. 21-cv-00641-JCS<br><br>**ORDER DENYING MOTION TO DISMISS AS MOOT**<br><br>Re: Dkt. No. 21 |

    After the original defendant in this case, Paysafe Limited, moved to dismiss for lack of personal jurisdiction, Plaintiff Kamal Bitmouni filed an amended complaint naming Paysafe Payment Processing Solutions, LLC as the only defendant. Paysafe Limited's motion to dismiss is therefore DENIED AS MOOT, without prejudice to any argument that Paysafe Payment Processing Solutions might raise in its defense.

**IT IS SO ORDERED.**

Dated: October 18, 2021

JOSEPH C. SPERO
Chief Magistrate Judge