UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAMAL BITMOUNI,<br><br>        Plaintiff,<br><br>   v.<br><br>PAYSAFE PAYMENT PROCESSING SOLUTIONS LLC,<br><br>        Defendant. | Case No. 21-cv-00641-JCS<br><br>**ORDER TO FILE PROPOSED ORDERS IN SUPPORT OF DOCKET NOS. 96 AND 97** |

Plaintiffs are requested to file proposed orders in support of docket nos. 96 and 97 no later than **January 24, 2024.** *See* Civ. L.R. 7-2(c) ("Unless excused by the Judge who will hear the motion, each motion must be accompanied by a proposed order.").

**IT IS SO ORDERED.**

Dated: January 22, 2024

JOSEPH C. SPERO
United States Magistrate Judge